IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3168 |
| vs. | |
| TERRELL WILLIAMS, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue (filing 37) is granted.

2. Defendant Terrell Williams' sentencing is continued to June 5, 2019, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 7th day of May, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge