IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRELL WILLIAMS,<br><br>    Defendant. | 4:18CR3168<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 75), is granted.

2) Defendant shall comply with all terms and conditions of supervised release except as follows:

   > Defendant shall be released to reside at the Siena Francis Treatment Program, Omaha, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defendant shall arrive at Siena Francis Treatment Program, Omaha, Nebraska by 2:00 p.m. on Thursday, March 27th, 2025. The Marshal shall release Defendant at a time and to a person arranged by defense counsel to attend treatment at Siena Francis Treatment Program, Omaha, Nebraska. Defendant's counsel is to provide transportation information to the U.S. Marshal's office after the transportation arrangements have been made and prior to March 27, 2025. Defendant shall remain detained until such transportation arrangements have been made and, at the least, until March 27, 2025.

Dated this 21st day of March, 2025.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge